UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES A. WILSON AND KIM WILSON | CIVIL ACTION NO. 07-7097 SECTION A: |
| VERSUS | JUDGE ZAINEY |
| AEGIS SECURITY INSURANCE COMPANY | MAG: KNOWLES |

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Charles A. Wilson and Kim Wilson ("Plaintiffs"), and defendant, Aegis Security Insurance Company ("Defendant"), and submit this joint status report pursuant to the Court's scheduling order.

On January 31, 2008, counsel for parties conferred in person and agreed to exchange the following information and documentation relative to the instant matter:

Plaintiffs: Photographs, claim adjuster report, Inventory list;

Defendant: Claim file, photographs, insurance policy, evidence of payments to insureds.

1

Plaintiffs' counsel is awaiting a report from his expert(s), and once received, will submit a settlement offer to Defendant.

Respectfully submitted,

**The Colvin Law Firm**
*(A Professional Law Corporation)*


 /s Scott Glendening_____
**DAVID L. COLVIN, Bar No. 4353**
**SCOTT A. GLENDENING, Bar No. 28049**
230 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone:  (504) 367-9001
Facsimile: (504) 367-0659


KREBS, FARLEY & PELLETERI, L.L.C.


/S Amy Malish_____
MAURA Z. PELLETERI, (BAR No. 8473)
AMY S. MALISH (BAR No. 28992)
400 Poydras Street, Suite 2500
New Orleans, La. 70130
Telephone:(504) 299-3570
Facsimile: (504)299-3578


**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of Court the using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s Scott Glendening\_\_\_\_\_