UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES A. WILSON** | * | **CA NO. 07-7097** |
| **KIM WILSON** | | |
| | * | |
| **V.** | * | **JUDGE ZAINEY** |
| | * | |
| **AEGIS SECURITY** | * | **MAGISTRATE KNOWLES** |
| **INSURANCE COMPANY** | * | |

## SECOND STATUS REPORT

Defendant, Aegis Security Insurance Company ("Aegis"), submits the following status report in accordance with the Court's February 25, 2008 order.

Pursuant to the Court's orders, Aegis Security Insurance Company, has produced all documents listed in the prior January 17, 2008 joint status report. To date, Aegis has received photographs and a contents inventory list provided by the Plaintiffs. However, Aegis has not received Plaintiffs' claims adjuster report and/or other "expert reports" referenced in the previous joint status report. Further, counsel for Aegis contacted Plaintiffs' counsel on several occasions in an attempt to schedule a meeting to discuss settlement, but

received no response.[1]  Counsel for Aegis will continue to work with Plaintiffs and their counsel in an effort to resolve the captioned litigation.

KREBS, FARLEY & PELLETERI, L.L.C

/s/ Amy S. Malish
MAURA Z. PELLETERI (Bar #8463)
AMY S. MALISH (Bar #28992)
400 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3570
Facsimile:  (504) 299-3582


ATTORNEYS FOR DEFENDANT
AEGIS SECURITY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of March, 2008, served a copy of the foregoing pleading by electronic notification and/or mailing same by United States mail, properly addressed and first class postage prepaid, on:

David L. Colvin
Scott Glendening
230 Huey P. Long
Gretna, Louisiana 70053


/s/ Amy S. Malish

---

[1] *See* communications from Aegis' counsel, attached *in globo*, as Exhibit "A."