# Amy Malish

**From:** Amy Malish
**Sent:** Friday, March 07, 2008 4:46 PM
**To:** Scott Glendening
**Cc:** Maura Pelleteri
**Subject:** Wilson v. Aegis

Scott,

I know you were not thrilled about the judge's order, but we need to schedule a time to meet. I will need the documents that you still need to produce prior to this meeting so that it has a chance of being productive.

Please let me know what your schedule looks like.

Since I'm so nice, I will travel to come see you again.

Amy

Amy S. Malish
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras, Suite 2500
New Orleans, Louisiana 70115
Telephone: (504) 299-3570
Fascimile: (504) 299-3582

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender at 504-299-3570 immediately. Thank you.


EXHIBIT A

3/27/2008

# Amy Malish

**From:** Amy Malish
**Sent:** Friday, March 14, 2008 4:45 PM
**To:** Scott Glendening
**Cc:** Maura Pelleteri
**Subject:** Wilson v. Aegis

Scott,

Please give me a call when you get a chance. I still have not received those documents that you are to produce and we need to schedule a time to meet.

Thanks.

Amy

Amy S. Malish
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras, Suite 2500
New Orleans, Louisiana 70115
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender at 504-299-3570 immediately. Thank you.

# Amy Malish

| | |
|---|---|
| **From:** | Amy Malish |
| **Sent:** | Monday, March 24, 2008 9:08 AM |
| **To:** | Scott Glendening |
| **Cc:** | Maura Pelleteri |
| **Subject:** | 0534-0028 Charles A. Wilson & Kim Wilson v. Aegis Security Insurance C: |

**Importance:** High

Scott,

Please give me a call as soon as possible. I still have not received those documents that you are to produce and we need to schedule a time to meet. Our joint status report is due this Friday.
Thanks.

Amy

Amy S. Malish
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras, Suite 2500
New Orleans, Louisiana 70115
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender at 504-299-3570 immediately. Thank you.